# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ANNA WILLIAMS,

Appellant,

v.

HSF AFFILIATES, LLC; BHH AFFILIATES, LLC;
and JO ANN SLOAN,

Appellees.

No. 2D2024-1505

———————————————

January 30, 2026

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh Gaylord Moe, Judge.

Mary J. Walter of Walter Appeals & General Litigation, Orlando, for Appellant.

Irene Porter and Priscilla Augustine of Hicks, Porter & Stein, P.A., Miami; and Jennifer D. Burby of Weekley Schulte Valdes Murman Tonelli, Tampa, for Appellees HSF Affiliates, LLC, and BHH Affiliates, LLC.

No appearance for remaining Appellee.

PER CURIAM.

   Affirmed.

ATKINSON, SMITH, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.